FILED
CLERK, U.S. DISTRICT COURT

10/28/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ch_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KAJUAN MARTIN RINGO,

Defendant.

Case No. 2:21-CR-474-FMO

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6);
18 U.S.C. § 3143(a)(1)]

    On October 22, 2024, Defendant Phelan Bardo Fleming made his initial appearance on the petition for revocation of supervised release and warrant for arrest. The Office of the Federal Public Defender, by Ann Carmey, was appointed to represented him. The government was represented by Assistant U.S. Attorney Will Larsen.

    Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

The allegations in the Petition, including that Mr. Ringo failed to comply with the conditions of his release, and absconded from supervision between 2022 and 2024.

B.  ☐  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

*Given the finding above, the Court need not address dangerousness.*

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: October 28, 2024

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE